

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00341-CR

| | | |
|---|---|---|
| Cameron Thomas Fountain | § | From Criminal District Court No. 2 |
| | § | of Tarrant County (1322169D) |
| v. | § | June 11, 2015 |
| | § | Opinion by Justice Sudderth |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
     Justice Bonnie Sudderth